**IT IS ORDERED as set forth below:**

**Date: September 10, 2010**

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHRISTOPHER SCOTT MAXWELL, | ) | CASE NO.  10-79479-CRM |
| | ) | |
| | ) | |
| Debtor. | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | ) | - - - - - - - - - - - - - - - - - - - - - - - |
| HSBC MORTGAGE CORPORATION USA, | ) | |
| | ) | |
| | ) | |
| Movant, | ) | **CONTESTED MATTER** |
| vs. | ) | |
| CHRISTOPHER SCOTT MAXWELL, Debtor, | ) | |
| KYLE A. COOPER, Trustee, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER MODIFYING AUTOMATIC STAY**

    A hearing on the above-styled Motion for Relief from Automatic Stay filed July 20, 2010, by HSBC Mortgage Corporation USA, for itself and its successors or assigns came before this Court on notice August 19, 2010.  Relief is sought as to the real property now or formerly known as 774 Piedmont Avenue NE, Atlanta, Fulton County, Georgia, as more particularly described on Exhibit "A" attached to the Motion for Relief from Automatic Stay.  Neither Debtor nor Trustee oppose the relief sought.  Movant alleges the Motion was properly served and the hearing noticed.  Accordingly, it is hereby

ORDERED that the Motion is GRANTED as follows: the automatic stay of 11 U.S.C. §362 is modified to allow Movant proceed with its state law remedies and to proceed to obtain possession of and foreclose or otherwise dispose of the Property, including sending notices and statements that may be required by state law to be sent; or, in the alternative, Movant at its option be permitted to contact the Debtor via telephone or written correspondence to offer, provide or enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement including a deed in lieu as allowed by state law. Movant shall promptly remit to the Chapter 7 Trustee, Kyle A. Cooper, all such proceeds as exceed the lawful debt owed to Movant by Debtor. The 14 day Stay pursuant to Bankruptcy Rule 4001(a)(3) is waived.

**END OF ORDER**

Prepared and Submitted by:
__/s/ Sidney Gelernter__
Sidney Gelernter
Attorney for Movant
GA. State Bar No. 289145
McCurdy & Candler, L.L.C.
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305
(404) 373-1612 Telephone
(404) 370-7237 Facsimile
sgelernter@mccurdycandler.com

DISTRIBUTION LIST

Christopher Scott Maxwell
774 Piedmont Avenue NE #6
Atlanta, GA 30308

E.L. Clark
Clark & Washington
3300 Northeast Expwy.
Bldg. 3 Suite A
Atlanta, GA 30341

Kyle A. Cooper
Chapter 7 Trustee
615 Colonial Park Drive
Suite 104
Roswell, GA 30075

Sidney Gelernter
McCurdy & Candler, LLC
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305

*M&C File No.09-20255*