**IT IS ORDERED as set forth below:**

Date: October 26, 2010

_____
C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| CHRISTOPHER S. MAXWELL, | ) | CASE NO. 10-79479 - CRM |
| | ) | |
| Debtor. | ) | |

### ORDER

On October 20, 2010, the Debtor filed a Motion To Remove Document From Public View [Doc. No. 34] (the "Motion"). No notice or hearing on the Motion is necessary pursuant to Rule 9018. Accordingly, it is hereby

**ORDERED** that, pursuant to 11 U.S.C. § 107(b)(2) and Bankruptcy Rules 9018 and 9037(d), the Motion is Granted, and the Clerk of Court shall remove the Motion For Appointment of Conservator or Guardian Ad Litem [Doc. No. 26] from public view on the Court's docket.

### END OF DOCUMENT

Signature on next page

1

Prepared and submitted by:

**JASON L. PETTIE, P.C.**

*/s/*_____
Jason L. Pettie, Attorney for the Debtor
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia  30030
(404) 638-5984

## **DISTRIBUTION LIST**

Jason L. Pettie, P.C.
150 E Ponce de Leon Ave
Suite 150
Decatur, Georgia  30030

Christopher S. Maxwell
774 Piedmont Ave NE, #6
Atlanta, Georgia  30308