IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-79479-CRM |
| | ) | |
| CHRISTOPHER S. MAXWELL, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER S. MAXWELL, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| HSBC MORTGAGE CORP USA, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE RESCHEDULING HEARING ON MOTION TO REIMPOSE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that, as announced in Court on January 6, 2011, the Court has rescheduled the hearing on the MOTION TO REIMPOSE AUTOMATIC STAY filed on October 22, 2010 [Doc. No. 38] (the "Motion") to 10:00 A.M. on **February 16, 2011** in Courtroom **1203**, United States Courthouse, 75 Spring Street, S.W., Atlanta, Goergia 30303.

If you oppose the relief requested in the Motion, you may file an objection with the Clerk of Court at the following address:

> Clerk, United States Bankruptcy Court
> Richard B. Russell Building, Rm 1340
> 75 Spring Street, SW
> Atlanta, GA 30303-3367

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**JASON L. PETTIE, P.C.**

/s/
Jason L. Pettie, Attorney for Movant
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia 30030
(404) 638-5984

**CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed, to the parties listed below:

McCurdy & Candler, LLC
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA 30305

Kyle A. Cooper
Chapter 7 Trustee
615 Colonial Park Dr, Ste 104
Roswell, GA 30075

Christopher S. Maxwell
774 Piedmont Ave, NE #6
Atlanta, Georgia 30308

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303