IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-79479-CRM |
| | ) | |
| CHRISTOPHER S. MAXWELL, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| CHRISTOPHER S. MAXWELL, | ) | |
| | ) | |
| Movant, | ) | |
| vs. | ) | |
| | ) | |
| HSBC MORTGAGE CORP USA, | ) | |
| | ) | |
| Respondent. | ) | |

**MOTION FOR PRODUCTION OF DOCUMENTS
PURSUANT TO BANKRUPTCY RULE 2004**

NOW COMES Christopher S. Maxwell, Debtor in the above-captioned case ("Movant") and respectfully moves this Court for entry of an order directing the production of documents, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 2004-1. In support of this motion, Movant represents as follows:

1. The Debtor filed this case under Chapter 7 of the Bankruptcy Code on or about July 3, 2010.

2. Movant filed a motion to reimpose the automatic stay on October 22, 2010 [Doc. No. 38] (the "Motion"). The Motion has been set for hearing before this Court on February 16, 2011 at 10:00 a.m. (the "Hearing").

3. The Movant desires certain documents that will be necessary for the presentation of his case at the Hearing. Therefore, the Movant requests that the Court enter an order directing the Respondent to respond to this request for production of documents and to produce all documents and/or records which are in possession, custody or control of the Respondent or its agents. The

requested documents are to be produced to the Movant's attorney at or prior to the Hearing in a manner that the parties may mutually agree upon.

**WHEREFORE**, Movant respectfully moves this Court for relief as herein above set forth, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted this 24th day of January, 2011.

/s/_____
Jason L. Pettie, Attorney for Movant
Georgia Bar # 574783
150 E Ponce de Leon Ave, Ste 150
Decatur, Georgia  30030
(404) 638-5984

## **DOCUMENTS TO BE PRODUCED**

1.

All documents reflecting or relating to Kevin Elliot's authority to sign that certain ASSIGNMENT OF SECURITY DEED (regarding the real property located at 774 Piedmont Ave, #6, Atlanta, Fulton County, Georgia 30308 (the "Property")) executed May 25, 2010 and recorded June 3, 2010 in which Unity Mortgage Corp. assigned its security deed.

2.

Copies of any other assignments recorded in the State of Georgia that Kevin Elliott or other HSBC Mortgage Corp USA employees may have executed on behalf of Unity Mortgage Corp.

3.

Certified copy of original note between Christopher Maxwell and Unity Mortgage Corp.

4.

All documents reflecting or relating to the transfer of the note and security deed for the Property by and between HSBC Mortgage Corp USA, or any of its affiliates, and any other entities (including but not limited to Unity Mortgage Corp.

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed:

HSBC Mortgage Corp USA
c/o Sidney Gelernter
McCurdy & Candler, LLC
3525 Piedmont Road, NE
Building 6, Suite 700
Atlanta, GA  30305

Kyle A. Cooper
Chapter 7 Trustee
615 Colonial Park Dr, Ste 104
Roswell, GA  30075

Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

                                         */s/ Jason L. Pettie*
                                         Jason L. Pettie