**IT IS ORDERED as set forth below:**

Date: January 31, 2011

_____
**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia
Atlanta Division**

| | |
|---|---|
| IN THE MATTER OF<br>**Christopher Scott Maxwell**<br><br>Debtor(s), | CASE NUMBER.: **10–79479–crm**<br>CHAPTER: **7**<br>JUDGE: **C. Ray Mullins** |

ORDER GRANTING MOTION FOR
EXAMINATION PURSUANT TO FED. R. BANK. P. 2004

Christopher Scott Maxwell moves pursuant to Fed. R. Bankr. P. 2004 for an order authorizing the examination of HSBC Mortgage Corp USA. The motion is GRANTED to permit that examination in accordance with Fed. R. Bankr. R. 2004(b) at a mutually agreed time and place. If attendance and, if applicable, production of documents, cannot be obtained voluntarily, Movant may compel attendance and production of documents as provided in Fed. R. Bankr. P. 2004(c), subject to the right of the person or entity to be examined to move for a protective order.

***END OF ORDER***

Form jem–2004nodeb